Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Kevin X. M<sup>c</sup>Williams_

_____

_Your full name_

v.
_J. Frame, et. Al_
_S. Jamison, et. Al_
_A. Kuhl, et. Al_
_A. Weaver, et. Al_
_J. Barnes, et. Al_

_Enter above the full name of defendant(s) in this action_

FILED

APR 1 1 2019

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

## FEDERAL CIVIL RIGHTS
## COMPLAINT
## (*BIVENS* ACTION)

Civil Action No.: _3-19-cv-44_
_(To be assigned by the Clerk of Court)_

_1:19cv 74_
_Kleeh, Aloi, Williams_

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

    A.    Name of Plaintiff: _Kevin X. M<sup>c</sup>Williams_  Inmate No.: _47093 -424_
        Address: _Gilmer F.C.I , @P.O Box 6000, Glenville, WV 26351_

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

Attachment A

B.    Name of Defendant: _S. Jamison_
      Position: _Maintenance Worker Foreman_
      Place of Employment: _Gilmer F.C.I_
      Address: _P.O Box 6000, Glenville, WV 26351_

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☑ Yes        ☐ No

      If your answer is "YES," briefly explain: _Defendant is a_
      _Correctional officer within a federal institution_

B.1   Name of Defendant: _A. Kuhl_
      Position: _Lieutenant_
      Place of Employment: _Gilmer F.C.I_
      Address: _P.O Box 6000, Glenville, WV 26351_

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☑ Yes        ☐ No

      If your answer is "YES," briefly explain: _Defendant is a_
      _Correctional officer within a federal institution_

B.2   Name of Defendant: _A. Weaver_
      Position: _Senior Officer_
      Place of Employment: _Gilmer F.C.I_
      Address: _P.O Box 6000, Glenville, WV 26351_

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☑ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _Defendant is a_ _correctional officer within a federal institution_

B.3    Name of Defendant: _J. BARNES_
Position: _Senior Officer Specialist_
Place of Employment: _Gilmer F.C.I_
Address: _P.O BOX 6000, Glenville, WV 26351_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Defendant is a_ _correctional officer within a federal institution_

B.4    Name of Defendant: _J. FRAME_
Position: _Senior Officer_
Place of Employment: _Gilmer F.C.I_
Address: _P.O BOX 6000, Glenville, WV 26351_

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: _Defendant is a_ _correctional officer within a federal institution_

**Attachment A**

B.5  Name of Defendant: _____

Position: _____

Place of Employment: _____ N/A _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes    ☒ No

If your answer is "YES," briefly explain: _____

_____ N/A _____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution:  *Gilmer Federal Correctional Institution*

A.    Is this where the events concerning your complaint took place?
        ☒ Yes      □ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes    □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
        ☒ Yes      □ No

D.    If your answer is "NO," explain why not: _____

_____

_____

_____

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _Informal Complaint (No Response given) SEE Ex B )_

LEVEL 2 _____

LEVEL 3 _____

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes          ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2.  Court: _____ N/A _____
(If federal court, name the district; if state court, name the county)

3.  Case Number: _____ N/A _____

4.  Basic Claim Made/Issues Raised: _____
_____ N/A _____
_____
_____

5.  Name of Judge(s) to whom case was assigned:
_____ N/A _____

6.  Disposition: _____ N/A _____
(For example, was the case dismissed?  Appealed?  Pending?)

7.  Approximate date of filing  lawsuit: _____ N/A _____

Attachment A

8.    Approximate date of disposition. Attach Copies:___N/A___

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
        ☐ Yes        ☑ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.
        N/A
_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?
        ☐ Yes        ☑ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.
        I could not Exhaust Administrative Remedies because Administration would Not Acknowledge Any of my complaints.
_____

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

2.   Name and location of court and case number:

_____ N/A _____

_____

_____

N/A 3.   Grounds for dismissal:   ☐ frivolous   ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.   Approximate date of filing lawsuit: _____ N/A _____

5.   Approximate date of disposition: _____ N/A _____


## V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case.   Describe what each defendant did to violate your constitutional rights.   **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.   Do not give any legal arguments or cite any cases or statutes.   If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.   NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: Defendants fabricated the Incident Report against the Plaintiff

_____

_____

_____

Supporting Facts: Video surveillance demonstrates that

**Attachment A**

ONE inmate (Not the Plaintiff) get into an Altercation with another inmate (Not the Plaintiff) in the middle of the compound BEFORE Attacking the Plaintiff. When the Aggressive inmate turned his Attention to the Plaintiff
\* CONTINUED ON MEMORANDOM \*

CLAIM 2: Deprived of Constitutional Rights As A Prisoner

Supporting Facts: The Plaintiff was deprived Access to the courts Religious services As well As family communication for the days he was subjected to S.H.U.
\* CONTINUED ON MEMORANDUM \*

CLAIM 3: Increased prison sentence for "self-defense"

Supporting Facts: Plaintiff lost 27 GTC through D.H.O. causing his sentence to change (increase)

\* CONTINUED ON MEMORANDUM \*

CLAIM 4: Defendant S. Jamison inflicted undue bodily harm

Supporting Facts: After Plaintiff complied with Correctional Officers Requests, Defendant Jamison, Acting in shear Agression slammed

**Attachment A**

the Plaintiff's face into the concrete and placed his knee into the neck and spine of the Plaintiff. To further the assault, the Defendant tightened the handcuffs to the point of drawing blood

*CONTINUED ON MEMORANDUM*

CLAIM 5: _____

N/A

Supporting Facts: _____

N/A

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Plaintiff suffered perminate injuries to the face and wrist (Scars) and a reoccurring pain in his neck. Mental anguish being that the Plaintiff was assaulted by staff while in a helpless position.

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Lodge incident within defendants files; Suspend defendants from employment w/ demotion of duties; monetary payment(s) of $10,000 from J. Frame; A. Kuhl; A. Weaver; J. Barnes and $50,000 from S. Jamison.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI-GilmER_____ on ___4-3-2019_____.

               (Location)                       (Date)

_Keon Xe McWilliams_ 47093-424

Your Signature